United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Richard Stearns-Miller, Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 20-21659-Civ-Scola |
| ) | |
| Florida Department of Corrections ) | |
| Secretary and others, Defendants. | |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2019-02 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On August 24, 2020, Judge Reid issued a report, recommending that this Court dismiss Plaintiff's petition and that all pending motions be denied as moot. (Report of Magistrate, ECF No. 21.) The Plaintiff has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Reid's report, the record, and the relevant legal authorities. The Court finds Judge Reid's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Reid's report and recommendation. (**ECF No. 17**.) Accordingly, the Clerk is directed to **dismiss** the petition (**ECF No. 1**) and **deny as moot** all pending motions. The Clerk is further directed to **close** this case.

**Done and ordered**, at Miami, Florida, on September 18, 2020.

_____
Robert N. Scola, Jr.
United States District Judge